## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT PADUCAH

PAUL DEUERLING                                                             PLAINTIFF

v.                                         CIVIL ACTION NO. 5:15-CV-P112-TBR

JONATHON COOMES et al.                                        DEFENDANTS

### MEMORANDUM OPINION

Upon filing the instant action, Plaintiff assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Court sent an Order to Plaintiff on June 24, 2015. That mailing was returned to the Court by the U.S. Postal Service marked "Return to Sender; Not Deliverable as Addressed; Unable to Forward." Plaintiff has not advised the Court of his new address, and neither notices from this Court nor filings by Defendants in this action can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate Order.

Date:

cc:     Plaintiff, *pro se*
4413.009